## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO  -  EASTERN DIVISION

IN RE:                                          Case No. 2:10-BK-58583
                                                Chapter 11
**GEORGE A. BAVELIS,**                          Judge Hoffman
                    Debtor.
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***      **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**George A. Bavelis, Plaintiff**

**vs.**                                         Adv. 02:10-02508

**Ted Doukas, et al Defendants**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**George A. Bavelis, Plaintiff**                Adv. No: 12-02320

**vs.**

**GMAQ, LLC et al Defendants**


### MOTION OFQURESHI DEFENDANTS FOR EXTENSION OF TIME TO FILE RESPONSE PENDING NOTICE OF SETTLEMENT


Now comes Masroor Rab, Qureshi Family, LLC; BNK Real Estate, LLC ("BNK"), Financial Lending Services, LLC ("FLS") and FLOVEST LLC, GMAQ LLC, BMAQ LLC (collectively, "the Qureshi Defendants"),  by and through counsel and hereby respectfully move this Court for an Order granting them an extension of time to file their Reply Brief of Issues (in response to this Court's Order of March 28, 2013  [Dkt. 287] and the Debtor's Issue Brief [Dkt. 295]) on the basis that the Debtor and  the representative of the Qureshi Defendants, Mahammed Qureshi, executed the attached settlement term sheet on April 25, 2013. The Qureshi Defendants were waiting for settlement documents to be prepared by their in-house counsel and private counsel to the Debtor but realized those documents would not be done by the time the Brief was due. Therefore they request an extension of time until May 31, 2013 to file their Issue Brief. The extension would allow the documents and terms to be presented to the Court.  Requiring the Qureshi Defendants to file their Issue Brief would also require them to incur unnecessary costs and fees when their request for release of funds is still pending before this Court.  No party would be prejudiced by this request.


                                    Respectfully submitted,

                                    /s/ Philomena S. Ashdown
                                    Philomena S. Ashdown (0034433)
OF COUNSEL:                         STRAUSS TROY

Tracy B. Newmark  (Florida Bar # 856886)  150 East Fourth Street
The Newmark Law Firm, PA  Cincinnati, Ohio 45202-4018
2650 W. State Road 84, Suite 101-C  (513) 621-2120 Telephone
Fort Lauderdale, Florida 33312  (513) 241-1521 Facsimile
Phone: (561) 392-4800/(954) 926-2460  *psashdown@strausstroy.com* Email
*tracy@maqgroup.com* Email  *Trial Attorney for BNK REAL ESTATE LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been serviced, via electronic service through the Court's ECF Systems this 13th day of May 2013 upon the following:

Marion H. Little, Jr., Esq.  Steven Newburgh, Esq.
Zeiger, Tigges & Little LLP  Steven S. Newburgh, P.A.
3500 Huntington Center  777 S. Flagler Drive, Suite 800
41 South High Street  West Tower
Columbus, Ohio 43215  West Palm Beach, FL 33401

Gary A. Goldstein, Esq.  Justin Ristau
111 South Calvert Street, 27th Floor  Bricker & Eckler LLP
Baltimore, MD 21201  100 South Third Street
Columbus, OH  43215

And via regular U.S. Mail, postage prepaid upon the following:

John M. Stravato  BLAIR INTERNATIONAL, INC.
3674 Martha Boulevard  c/o Lennon Stravato, Registered Agent
Bethpage, NY 11714  3674 Martha Boulevard
Bethpage, NY 11714

John M. Stravato
P.O. Box 298
Bethpage, NY 11714

Tracy B. Newmark  (Florida Bar # 856886)
The Newmark Law Firm, PA
2650 W. State Road 84, Suite 101-C
Fort Lauderdale, Florida 33312
Phone: (561) 392-4800/(954) 926-2460
In-house Counsel toth e Qureshi Defendants
*tracy@maqgroup.com* Email

/s/ Philomena S. Ashdown
Philomena S. Ashdown

2

3356731-/105833.003